IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD O'BRIEN | : | |
| | : | CIVIL ACTION NO. 02-CV-4535 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BAYER CORPORATION; | : | ENTRY OF APPEARANCE |
| BAYER AG; | : | |
| GLAXOSMITHKLINE, PLC; | : | |
| GLAXOSMITHKLINE; | : | |
| SMITHKLINE BEECHAM | : | |
| | : | |
| Defendants. | : | |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

      Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,

_____      _____
Hope S. Freiwald                              Aline Fairweather


_____      _____
Erin Brennan                                   Kirstin J. Miller


DECHERT PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
(215) 994-4000